FILED

12/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0327

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0327

STATE OF MONTANA,

  Plaintiff and Appellee,

 v.

STEPHEN ERIC WALKS,

  Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including January 27, 2025, within which to prepare, file, and serve the State's response brief.

**TT**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 19 2024